UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

KAREN JERRY WILSON

            Debtor

CASE NO. 08-54294-WSD
CHAPTER 13 PROCEEDINGS
HON. WALTER SHAPERO.DETROIT

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

    The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| KAREN JERRY WILSON<br>17600 WORMER<br>DETROIT, MI 48219-0000<br>SSN: XXX-XX-8885 | N/A | N/A | DEBTOR REFUND | 1381809 | 6/15/11 | $ 286.00 |

DATED: June 17, 2011

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
535 GRISWOLD ST, STE 111-615
DETROIT, MICHIGAN 48226

0854294 00000 017414 1381809
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

## OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 06/15/2011                                                    Check No: 1381809
Payee: CLERK OF US BANKRUPTCY COURT

| 0854294 | KAREN JERRY WILSON | | | 286.00 | 0.00 | 286.00 |
| | ACCT: | CLAIM: 00000 TYPE: | Balance: | | 0.00 | |

■ VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. ■ CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM. ■

TAMMY L. TERRY          OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT       64-79        CHECK NO. 1381809
   TRUSTEE                    535 Griswold St, Ste 111-615                 611
                                  Detroit, MI 48226                                   SunTrust Bank
                                   (313)967-9857

FOR   KAREN JERRY WILSON                                                      DATE Jun 15, 2011
      BK:0854294  ACCT:                                                          AMOUNT
      PRIN.      286.00   INT:      0.00                                      ********286.00

PAY   **286.00**
      Two Hundred Eighty-Six And Xx / 100 Dollars

                                                              THIS IS A POSITIVE PAY ACCOUNT
                                                                   TRUST ACCOUNT

TO    CLERK OF US BANKRUPTCY COURT                              VOID OVER $286.00
THE   % DAVID BOICE/ UNCLAIMED                                 VOID 90 DAYS AFTER DATE
ORDER 211 W FORT ST
OF    DETROIT, MI 48226                                          *Tammy L. Terry*
                                                                 Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

KAREN JERRY WILSON

_____ Debtor _____

CASE NO. 08-54294-WSD
CHAPTER 13 PROCEEDINGS
HON. WALTER SHAPERO.DETROIT

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to
entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter
13 in the above captioned matter. The checks were never negotiated. The trustee has made a good
faith effort to verify the correct mailing address for said entities and deliver the funds before
presenting this notice. More than sufficient time has passed for the checks to the creditor to be
negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names
and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the
above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern
District of Michigan, to effect closing of this estate.

**Attorney Information:**

**KAREN E EVANGELISTA**
**439 SOUTH MAIN SUITE 250**
**ROCHESTER, MI  48307**

**Last Known Address for Debtor:**

**KAREN JERRY WILSON**
**17600 WORMER**
**DETROIT, MI  48219**

DATED:  June 17, 2011

/s/ TAMMY L. TERRY_____
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100