UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

KAREN JERRY WILSON

                Debtor

CASE NO. 08-54294-WSD
CHAPTER 13 PROCEEDINGS
HON. WALTER SHAPERO.DETROIT

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| KAREN JERRY WILSON 17600 WORMER DETROIT, MI 48219-0000 SSN: XXX-XX-8885 | N/A | N/A | DEBTOR REFUND | 1381882 | 6/22/11 | $ 212.44 |

DATED: July 06, 2011

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
535 GRISWOLD ST, STE 111-615
DETROIT, MICHIGAN 48226

0854294 00000 07414 1381882
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

FORM 801CS04 REV. (10-08)

6413395 PRINTED BY STANDARD REGISTER U.S.A

*OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT*

Date: 06/22/2011                                                                                Check No: 1381882
Payee: CLERK OF US BANKRUPTCY COURT

| 0854294 | KAREN JERRY WILSON | | | 212.44 | 0.00 | 212.44 |
|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000  TYPE: | Balance: | | 0.00 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.  ■ CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

ANTI-FRAUD PROTECTION - PATENTS 5,757,765; 5,340,507

TAMMY L. TERRY
    TRUSTEE

**OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT**
535 Griswold St, Ste 111-615
Detroit, MI 48226
(313)967-9857

64-79
611

**CHECK NO. 1381882**

SunTrust Bank

**FOR**   KAREN JERRY WILSON
BK:0854294  ACCT:
PRIN:        212.44   INT:        0.00

**DATE Jun 22, 2011**
**AMOUNT**
********212.44

**PAY**   212 44

Two Hundred Twelve And 44 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT

VOID OVER $212.44
VOID 90 DAYS AFTER DATE

**TO
THE
ORDER
OF**
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*Tammy L. Terry*
Chapter 13 Trustee

IN THE MATTER OF:

KAREN JERRY WILSON

          Debtor

CASE NO. 08-54294-WSD
CHAPTER 13 PROCEEDINGS
HON. WALTER SHAPERO.DETROIT

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**KAREN E EVANGELISTA**
**439 SOUTH MAIN SUITE 250**
**ROCHESTER, MI 48307**

**Last Known Address for Debtor:**

**KAREN JERRY WILSON**
**17600 WORMER**
**DETROIT, MI 48219**

DATED: July 06, 2011

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100